# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00542-REB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  RONALD ROCHA,

    Defendants.

## MINUTE ORDER[1]

Due to a conflict that has arisen on the court's calendar, the jury trial in 09-cv-02977-REB-KLM, Iowa Pacific Holdings, LLC v. National Railroad Passenger Corporation, will extend into Wednesday, July 6, 2011, the sentencing hearing set for July 6, 2011, should be vacated and reset.

**THEREFORE, IT IS ORDERED** that the sentencing hearing set for July 6, 2011, is **VACATED** and is **CONTINUED** to **July 8, 2011**, at 11:00 a.m.

Dated:  June 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.