**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  RONALD ROCHA

    Defendant.

## MINUTE ORDER[1]

    On July 11, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

    **IT IS ORDERED** that on **September 6, 2011**, commencing at 10:00 a.m., the court shall conduct the sentencing hearing in this matter.

    Dated:  July 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.