IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 10-cr-00542-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Ronald Rocha,

    Defendant.

**ORDER EXONERATING BOND**

    This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to probation . As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    DATED at Denver, Colorado, this 23rd day of September, 2011.

                                    BY THE COURT:

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge